# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | |
| § | |
| KEVIN SCOTT MIXON, JAMIE JEAN § | CASE NO. 4:08cv200 |
| PETERSON MIXON, HOMECOMINGS § | |
| FINANCIAL, L.L.C., AND JAMES § | |
| FRANCIS BARTOSZEWICZ § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On October 28, 2009, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that United States' Motion for Approval of Sale of Mixons' Real Properties and for Expedited Ruling (Dkt. 57) be GRANTED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, the United States' Motion for Approval of Sale of Mixons' Real Properties and for Expedited Ruling (Dkt. 57) is GRANTED, and the Court will enter an order allowing Allie Beth Allman as Receiver to sell the Property at issue for $540,000, in accordance with the terms of the contract attached to the Motion as Government Exhibit 1 and the prior Order of this Court appointing Ms. Allman as Receiver.

**IT IS SO ORDERED.**
**SIGNED this 1st day of December, 2009.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE